UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ANTHONY JEROME HENDLEY,

        Petitioner,

v.                             Case No. 3:04-cv-1000-J-20HTS

JERRY RABION, et al.,

        Respondents.
_____

## ORDER

Petitioner's May 19, 2005, request for "Leave to Proceed for Certificate of Appealability Pursuant to 28 U.S.C. § 2253(c) and F.R.A.P. Rule 22(b)" (Doc. #48) and Motion for Permission to Appeal *In Forma Pauperis* (Doc. #49) are **STRICKEN**. It appears that Petitioner intended to file these two documents with the Eleventh Circuit Court of Appeals.[1] Therefore, the Clerk shall immediately forward these two documents to that court.

**DONE AND ORDERED** at Jacksonville, Florida, this 28r day of June, 2005.

_____
UNITED STATES DISTRICT JUDGE

ps 6/27
c:
Anthony Jerome Hendley
Ass't Attorney General Timothy D. Wilson
USCA

---

[1] This Court previously denied Petitioner's April 15, 2005, requests for a certificate of appealability and to proceed on appeal as a pauper. See the Court's Order (Doc. #45), filed April 15, 2005.